

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00519-CV

**IN RE STATE FARM FIRE & CAS.CO.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                     Luz Elena D. Chapa, Justice
                     Jason Pulliam, Justice

In accordance with the Court's opinion of this date, the petition for a writ of mandamus is DISMISSED.  All costs of this proceeding are assessed against real party in interest, Ronald Mensch.  The court's opinion will issue at a later date.

It is so **ORDERED** on March 11, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-02326, styled *Ronald Mensch v. State Farm Fire & Casualty Company and Texas Department of Insurance - Division of Workers' Compensation*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Barbara Hanson Nellermoe signed the order that gave rise to this proceeding.